**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CHARLES MAILOT, individually, and on behalf of others similarly situated,<br><br>                            Plaintiff,<br><br>v.<br><br>NEW JERSEY MANUFACTURERS INSURANCE COMPANY,<br><br>                            Defendant. | Civ. A. No.: 3:20-cv-10068-MAS-ZNQ<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

     **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff, Charles Mailot, and Defendant, New Jersey Manufactures Insurance Company ("NJM"), that all claims that were or could be sought in this action are dismissed without prejudice, with each party bearing its own costs and attorney's fees.  It is acknowledged that NJM expressly denies that it violated any law, contract, rule, regulation, or duty owed to Plaintiff and the alleged class and that NJM has not provided any monetary payment or other consideration in exchange for the execution of this stipulation.

**SADAKA ASSOCIATES LLC**
*Attorneys for Plaintiff, Charles Mailot*

By: */s/ Mark T. Sadaka*_____
    Mark T. Sadaka, Esquire


Dated:_December 11, 2020_____

**DILWORTH PAXSON LLP**
*Attorneys for Defendant, New Jersey Manufacturers Insurance Company*

By: */s/ Benjamin S. Teris*_____
    Benjamin S. Teris, Esquire


Dated:_December 11, 2020_____


**So Ordered this** 14th **day of December, 2020.**

_____

**Honorable Michael A. Shipp, U.S.D.J.**